708 A.2d 806

**HOUSE OF LLOYD, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

April 3, 1998.

## ORDER

PER CURIAM.

AND NOW, this third day of April, 1998, the order of the Commonwealth Court dated May 22, 1997, is hereby affirmed.